ORIGINAL

SEALED
BY ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 02 2016

at __ o'clock and __ min. __M.
SUE BEITIA, CLERK

FLORENCE T. NAKAKUNI   #2286
United States Attorney
District of Hawaii

CHRIS A. THOMAS   #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
E-mail:       Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGIS. NO. 16-1111 RLP |
| | ) | |
| Plaintiff, | ) | CRIMINAL COMPLAINT |
| | ) | |
| VS. | ) | |
| | ) | |
| RAMON OLAZABAL VALENZUELA, (01) | ) | |
| a.k.a. Andres OLAZABAL | ) | |
| VALENZUELA; and | ) | |
| MARCO MORFIN ALVAREZ, (02) | ) | |
| a.k.a. Marco Antonio MORFIN | ) | |
| ALVAREZ, Jose NIETO, | ) | |
| | ) | |
| Defendants. | ) | |

FIRST AMENDED CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the
following is true and correct to the best of my knowledge and
belief:

1

Beginning on or about November 18, 2015, until at least January 26, 2016, Ramon OLAZABAL VALENZUELA aka Andres OLAZABAL VALENZUELA; and Marco MORFIN ALVAREZ aka Marco Antonio MORFIN ALVAREZ aka Jose NIETO, in the District of Hawaii, did knowingly and intentionally conspire with others known and unknown, to possess with intent to distribute fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

I further state that I am a Special Agent with Homeland Security Investigations and that this Complaint is based upon the facts set forth in the attached "Affidavit in Support of Criminal Complaint", which is incorporated herein by reference.

_____
AMY GARON
Special Agent, HSI

Sworn to before me and
subscribed in my presence,
this __2__ day of September
2016, at Honolulu, Hawaii

_____
Honorable RICHARD L. PUGLISI
UNITED STATES MAGISTRATE JUDGE

1

## AFFIDAVIT IN SUPPORT OF FIRST AMENDED CRIMINAL COMPLAINT

AMY GARON, after being duly sworn, deposes and states as follows:

1.   I am a duly appointed Special Agent (SA) of the Department of Homeland Security, Homeland Security Investigations (HSI) Honolulu office and have been employed as such since April 2007.

2.   In June 2015, a Confidential Informant (CI) was arrested for violations of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).  Post miranda, the CI identified one of his / her multi-pound level sources of supply of crystal methamphetamine as a Mexican male in his forties named "Ramon", later identified as Ramon OLAZABAL VALENZUELA aka Andres OLAZABAL VALENZUELA, who resides in the Antioch / Concord, CA area.

3.   In 2009, the CI first met and obtained crystal methamphetamine from OLAZABAL VALENZUELA.  The CI met with OLAZABAL VALENZUELA four times that year and obtained an estimated total of 15 pounds of crystal methamphetamine from him.  The CI stated that the crystal methamphetamine was then sent through the US Postal Service (USPS) to Hawaii for distribution.

4.   Between 2011 and 2013, the CI purchased additional crystal methamphetamine from OLAZABAL VALENZUELA but the purchases were conducted through the CI's family member.

5.   On November 18, 2015, the CI introduced an undercover (UC) HSI Special Agent to OLAZABAL VALENZUELA in California. The UC HSI Agent was introduced as being from Hawaii and wanting to pick up crystal methamphetamine to take back with him to Hawaii.  The UC HSI Agent asked OLAZABAL VALENZUELA to make the pound flat and explained that it was to go into his suitcase for his flight back to Hawaii.

6.   On November 19, 2015, the UC HSI Agent purchased one pound of crystal methamphetamine from OLAZABAL VALENZUELA.  The pound of crystal methamphetamine had not been made flat.  The HSI UC Agent explained and demonstrated to OLAZABAL VALENZUELA

1

with a carry on suitcase, that he had wanted the pound rolled flat to fit in the suitcase liner.  OLAZABAL VALENZUELA acknowledged misunderstanding the UC's initial request.  The HSI UC Agent and OLAZABAL VALENZUELA discussed the possibility of OLAZABAL VALENZUELA mailing future purchases to the HSI UC Agent in Hawaii.

      7.    The Honolulu Police Department (HPD) laboratory tested the purchased crystal methamphetamine and determined the calculated amount of d-methamphetamine HCl was a total of 444.0 grams.  The purity was 101 percent, with a note that the uncertainty for methamphetamine quantitation analysis is plus / minus five percent; therefore the calculated weight is based upon a 100 percent purity.

      8.    In December 2015, the HSI UC Agent began a text and phone conversation with OLAZABAL VALENZUELA about purchasing a pound of crystal methamphetamine through the mail.  On December 5, 2015, OLAZABAL VALENZUELA directed the HSI UC Agent to send the payment to Jose NIETO, 2810 Willow Ave Apt 215, Clovis, CA.  On December 7, 2015, the payment was sent from Honolulu, HI, to this address through the USPS.

      9.    On December 10, 2015, a controlled delivery of the money was attempted by HSI Fresno, CA, and the US Postal Inspection Service (USPIS), but no one was home.  A USPS delivery card was left at the residence with a phone number to call for re-delivery / pick-up.

      10.    On December 11, 2015, a US Postal Inspector (USPI) reported that "Jose" called from (559) 283-6544 and arranged to pick up the package from the Clovis, CA, Post Office.

      11.    On December 11, 2015, a controlled delivery of the money was conducted by HSI and the USPIS.  A male, later identified as Marco Antonio MORFIN ALVAREZ, presented the USPS delivery card left at the residence and a California ID card in the name of Jose NIETO-LEON to receive the package.  MORFIN ALVAREZ was observed arriving and departing in a black Honda Civic with California license plate 6XFB878.  At the time, this vehicle was registered to Anna Isabel ALVAREZ, who was associated to the Willow Ave address.  In March 2016, this vehicle was sold to and re-registered to MORFIN ALVAREZ.

      12.    Subpoenaed subscriber information indicated the (559) 283-6544 phone number was subscribed to by Tony MARTINEZ, 1425 N

2

9th St, Fresno, CA 93703, and activated on May 14, 2015. However, on May 21, 2015, MORFIN ALVAREZ listed this same phone number as his daytime and mobile phone number in paperwork submitted to the Department of Homeland Security. Additionally, within this same paperwork, MORFIN ALVAREZ listed the 1425 N 9th St, Fresno, CA 93703 address as a previous address of his.

13.  On December 17, 2015, OLAZABAL VALENZUELA instructed the HSI UC Agent to send his address to (415) 875-0211, another phone number believed to be used by OLAZABAL VALENZUELA. The HSI UC Agent sent the following name and address to that phone number: Kimo LEE, PO Box 29575, Honolulu, HI 96820.

14.  On December 18, 2015, the US Postal Inspector that delivered the money to MORFIN ALVAREZ on December 11, 2015, observed MORFIN ALVAREZ at the Clinter, CA, US Post Office. The Postal Inspector observed MORFIN ALVAREZ driving the black Honda, CA plate 6XFB878. Another US Postal Inspector observed MORFIN ALVAREZ mail a package addressed to Kimo Lee, PO Box 29575, Honolulu, HI, 96820, from Josh SALAS, 1425 N. 9th St, Fresno, CA (hereinafter the "Kimo LEE package").

15.  Based on my training and experience, I know that it is common for drug traffickers to hide their identity by using fraudulent or fictitious names on packages; i.e. Jose NIETO and Josh SALAS, and in their phone subscriber information, i.e. Tony MARTINEZ, in attempts to avoid detection and positive identification by law enforcement.

16. On December 18, 2015, OLAZABAL VALENZUELA sent the HSI UC Agent a text message with a USPS tracking number for the purported drug shipment.

17.  Subpoenaed toll records showed two incoming text messages and one incoming call from MORFIN ALVAREZ's (559) 283-6544 phone number to OLAZABAL VALENZUELA's (415) 875-0211 alternate phone number in the minutes prior to OLAZABAL VALENZUELA's text to the HSI UC. There are no other calls and / or texts numbers other than the HSI UC Agent's or MORFIN ALVAREZ's on either of OLAZABAL VALENZUELA's phones for at least an hour before and after.

18.  Between December 14, 2015, and December 18, 2015, the HSI UC had telephonic contact with OLAZABAL VALENZUELA approximately 60 times regarding the mailing of the purchased crystal methamphetamine.

3

19.  On December 23, 2015, the Kimo LEE package arrived in Honolulu, HI and a search warrant was obtained to open it. Upon opening the package, a purported pound of crystal methamphetamine was located under numerous layers of wrapping.

20.  The HPD laboratory tested the mailed crystal methamphetamine and determined the calculated amount of d-methamphetamine HCl was a total of 442.3 grams.  The purity was 100 percent.

21.  Subpoenaed toll records indicated that between December 5, 2015, and December 24, 2015, MORFIN ALVAREZ's (559) 283-6544 phone number and OLAZABAL VALENZUELA's (415) 875-0211 alternate phone number were in contact approximately thirty-four times.  The majority of this contact was between December 15 and 23, 2015, at twenty-five contacts.  Between November 17, 2015 and December 5, 2015, there had been only one contact which did not appear to be successful.  Likewise, between December 24, 2015, and January 19, 2016, there were only two contacts, which also did not appear to be successful.  Based on my training and experience, the increase in telephonic contact is indicative of MORFIN ALVAREZ's complicity in the mailed crystal methamphetamine to Hawaii.

22.  On January 26, 2016, the HSI UC Agent met with OLAZABAL VALENZUELA in California and purchased a pound of crystal methamphetamine to be taken back to Hawaii and distributed.  OLAZABAL VALENZUELA stated that this crystal methamphetamine was from the same source of supply as the mailed crystal methamphetamine.  OLAZABAL VALENZUELA informed the HSI UC Agent that further mailings would cost an additional $800.

23.  The HPD laboratory tested the purchased crystal methamphetamine and determined the calculated amount of d-methamphetamine HCl was a total of 436.3 grams.  The purity was 99 percent.

24.  To date, OLAZABAL VALENZUELA has sold 1,322.6 grams of crystal methamphetamine to a HSI UC Agent, the purity of which has been greater than 99% d-methamphetamine HCl.  MORFIN ALVAREZ has assisted in the sale of 442.3 grams, possibly up to 878.6 grams of crystal methamphetamine, the purity of which has been greater than 99% d-methamphetamine HCl.

4

25.   In February 2016, OLAZABAL VALENZUELA and the HSI UC Agent communicated via text message.

| | |
|---|---|
| OLAZABAL VALENZUELA: | Hi bro you ok bro |
| HSI UC Agent: | Hola bro. I'm good. You? |
| OLAZABAL VALENZUELA: | Okay  bro |
| HSI UC Agent: | I be in touch soon. |
| OLAZABAL VALENZUELA: | Ok bro |
| HSI UC Agent: | Still 5 to mail bro? |
| OLAZABAL VALENZUELA: | Yes bro |
| HSI UC Agent: | What's the most he's willing to ship over? |

(no response received)

Your affiant understands the above conversation to be OLAZABAL VALENZUELA reaching out to the HSI UC Agent to see if he needed additional supply of crystal methamphetamine and confirming a price of $5,000 to mail crystal methamphetamine to Hawaii.

26.   In March and April 2016, OLAZABAL VALENZUELA and the HSI UC Agent communicated via text message.

| | |
|---|---|
| OLAZABAL VALENZUELA: | You okay bro |
| HSI UC Agent: | Como esta bro! I'm okay been busy. How you? |
| HSI UC Agent: | Hola bro! U alive?? |
| OLAZABAL VALENZUELA: | Yes bro you ok |
| HSI UC Agent: | I'm good bro! Been busy over here. U still got stuff? |
| OLAZABAL VALENZUELA: | Yes I'm ned  47 bro. But  he doesnt want to make it cheaper |
| HSI UC Agent: | Nobody else is cheaper? |
| OLAZABAL VALENZUELA: | Ok tell me when you are ready |
| HSI UC Agent: | Okay bro! Talk soon |

Your affiant understands the above conversation to be OLAZABAL VALENZUELA reaching out to the HSI UC Agent to see if he needed additional supply of crystal methamphetamine and that the lowest price he could do is $4,700 a pound for crystal methamphetamine, because "he", OLAZABAL VALENZUELA's source of supply, didn't want to make it cheaper.

27.   In June 2016, OLAZABAL VALENZUELA and the HSI UC Agent communicated via text message.

```
HSI UC Agent:              What's up bro! You still around?
OLAZABAL VALENZUELA:        Yes bro
OLAZABAL VALENZUELA:        We're are you
HSI UC Agent:              I'm in Hawaii, heading up to San Fran
                           soon
HSI UC Agent:              U still good to go? Same price?
OLAZABAL VALENZUELA:        Yes bro
HSI UC Agent:              Ok. I'll be in touch soon
OLAZABAL VALENZUELA:        Ok bro
```

Your affiant understands the above conversation to confirm that OLAZABAL VALENZUELA was still a source of supply for crystal methamphetamine and was aware that the HSI UC Agent did not reside in California and traveled from Hawaii to meet with him.

28.   On August 8, 2016, OLAZABAL VALENZUELA and the HSI UC Agent communicated via text message.

```
HSI UC Agent:              Hola amigo. How you doing?
OLAZABAL VALENZUELA:        Ok you brother
HSI UC Agent:              Good bro! Same price still??
OLAZABAL VALENZUELA:        Yes bro
HSI UC Agent:              Price to mail?
OLAZABAL VALENZUELA:        500 Ned to pay a nother men
HSI UC Agent:              4500 total bro?
OLAZABAL VALENZUELA:        Yes bro
HSI UC Agent:              $4000 in person?
OLAZABAL VALENZUELA:        Yes
HSI UC Agent:              How much if I get more bro?
OLAZABAL VALENZUELA:        I'm ned to see tomorrow ok
HSI UC Agent:              Okay bro. Let me know please. I come
                           see you if cheaper
OLAZABAL VALENZUELA:        Ok im ned to see praise
HSI UC Agent:              Let me know bro! Talk soon
OLAZABAL VALENZUELA:        I'm  calling you tomorrow bro
```

Your affiant understands the above conversation to confirm that OLAZABAL VALENZUELA conspired with other persons to mail and / or source and price the crystal methamphetamine and he was again aware that the HSI UC Agent was not located in California as additional funds were required to mail purchased crystal methamphetamine to the HSI UC Agent.

29.   On August 9, 2016, OLAZABAL VALENZUELA and the HSI UC Agent continued their text message conversation.

| | |
|---|---|
| OLAZABAL VALENZUELA: | Hi bro my. Boss 3 more 3600 |
| HSI UC Agent: | Good bro! So I buy four and it is 3600 each? |
| OLAZABAL VALENZUELA: | Yes bro |
| HSI UC Agent: | Ok bro. Sounds good. I come see you in a few weeks |
| OLAZABAL VALENZUELA: | Ok bro good  lemme know when you ready |
| HSI UC Agent: | Ok bro |

Your affiant understands the above conversation to confirm that OLAZABAL VALENZUELA conspires with (an)other person(s) to source and price the crystal methamphetamine; and that OLAZABAL VALENZUELA's source of supply offers quantity discounts and has access to multiple pounds of crystal methamphetamine.

30.   On August 18, 2016, OLAZABAL VALENZUELA and the HSI UC Agent communicated via text message.

| | |
|---|---|
| HSI UC Agent: | Hola bro! |
| OLAZABAL VALENZUELA: | Good  you ok bro |
| HSI UC Agent: | Good bro. I come see you in a few weeks ok? |
| OLAZABAL VALENZUELA: | Ok bro |
| HSI UC Agent: | Can do 4? |
| OLAZABAL VALENZUELA: | Ok |
| HSI UC Agent: | What is the cheapest u can do it for? |
| OLAZABAL VALENZUELA: | 36 |
| HSI UC Agent: | Ok bro. How much time do you need? |
| OLAZABAL VALENZUELA: | 1 day |
| HSI UC Agent: | Ok. See you in a few weeks bro! Trying to come early September |
| OLAZABAL VALENZUELA: | Ok |

Your affiant understands the above conversation to confirm that OLAZABAL VALENZUELA can provide four pounds of crystal methamphetamine at $3,600 a pound with one day's notice. Additionally, OLAZABAL VALENZUELA was made aware that the HSI UC Agent would be trying to travel to San Francisco in early September to conduct the purchase.

31.   It is this affiant's belief that Ramon OLAZABAL VALENZUELA aka Andres OLAZABAL; and Marco MORFIN ALVAREZ aka Marco Antonio MORFIN ALVAREZ aka Jose NIETO, and others known and unknown, did in fact conspire to knowingly possess with intent to distribute methamphetamine in the State of Hawaii in

7

violation of Title 21 United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

FURTHER AFFIANT SAYETH NAUGHT.

AMY GARON
Special Agent, HSI

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that defendant above-named committed the charged crime found to exist by the undersigned Judicial Officer at _____1440____ .m. on September 2, 2016.

Subscribed and Sworn to Before Me, this 2 Day of September ___, 2016.

Honorable RICHARD L. PUGLISI
UNITED STATES MAGISTRATE JUDGE